

FILED
NOV - 2 2016
CLERK, US DISTRICT COURT
NORFOLK, VA

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

ASEBIAH MAURICE SANE-AKA, #046134330,

    Petitioner,

v.    ACTION NO. 2:16CV298

YVONNE EVANS
And JEH JOHNSON,

    Respondent.

## FINAL ORDER

This matter was initiated by petition for a writ of habeas corpus under 28 U.S.C. § 2241. Petitioner, an immigration detainee, seeks relief from detention pending his deportation to his country of citizenship, Ivory Coast.

The matter was referred to a United States Magistrate Judge pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia for report and recommendation. Because Petitioner has already departed the United States to Ivory Coast, thus ending his detention, the Magistrate Judge filed a Report and Recommendation on October 3, 2016 recommending dismissal of the petition. By copy of the report, each party was advised of his right to file written objections to the findings and recommendations made by the Magistrate Judge. The Court has received no objections to the Magistrate Judge's Report and

Recommendation and the time for filing objections has now expired.

Accordingly, the Court does hereby accept the findings and recommendations set forth in the report of the United States Magistrate Judge filed October 3, 2016, and it is, therefore ORDERED that respondent's Motion to Dismiss be GRANTED, and that the petition be DENIED and DISMISSED.

Petitioner may appeal from the judgment entered pursuant to this Final Order by filing a <u>written</u> notice of appeal with the Clerk of this court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within sixty (60) days from the date of entry of such judgment.

The Clerk shall mail a copy of this Final Order to petitioner at the last address available of record[1] and provide an electronic copy of the Final order to counsel of record for respondent.

                                                     /s/
                                 REBECCA BEACH SMITH
                                 CHIEF UNITED STATES DISTRICT JUDGE

November 2, 2016

---

[1] Petitioner departed the United States on June 21, 2016, prior to the magistrate judge's Report and Recommendation being filed and did not provide any updated address for service, pursuant to Local Rule 7(B). As a result, Petitioner may not have received a copy of the Report and Recommendation, nor any other documents filed after his original petition was filed.

2